**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David DeGroote,<br><br>       Plaintiff,<br><br>vs.<br><br>City of Mesa, et al.,<br><br>       Defendants.<br>_____<br>Terry DeGroote,<br><br>       Plaintiff,<br><br>vs.<br><br>City of Mesa, et al.,<br>_____ | No.  CV 07-1969-PHX-MHM<br>       CV 07-2123-PHX-LOA<br>       (Consolidated)<br><br><br><br>**ORDER** |

       This matter arises upon the Court's review of the record in this matter. On October 31, 2007, Plaintiff commenced this § 1983 action against the City of Mesa, five Mesa City Council members, the Mesa City Manager, six Mesa police officers and a Mesa city attorney alleging violations of Plaintiff's constitutional rights (denials of equal protection, due process of law and the right to life, liberty and pursuit of happiness) and pendent state tort claims of invasion of privacy, intentional infliction of emotional distress, and intentional interference with prospective advantage. (docket # 1)

       The Court's records indicate that on October 12, 2007, three weeks before Plaintiff Terry DeGroote filed her Complaint, her husband, David DeGroote, filed a

1  nearly identical *pro se* Complaint in CV-07-1969-PHX-MHM against the same
2  Defendants with two exceptions[1] involving the same events complained of in CV-07-
3  2123-PHX-LOA.
4  Because the two cases arise from substantially the same events, involve
5  substantially the same parties, and call for determination of substantially the same
6  questions of law, pursuant to LRCiv. 42.1, the Court will consolidate *Degroote v. City of*
7  *Mesa*, CV-07-2123-PHX-LOA with *DeGroote v. City of Mesa*, CV-07-1969-PHX-MHM.
8  Pursuant to LRCiv 42.1, the consolidated action will be assigned to the undersigned.
9  In accordance with LRCiv 42.1 and the Court's inherent authority to
10 efficiently manage its docket,
11 **IT IS HEREBY ORDERED** that CV-07-2123-PHX-LOA and CV-07-
12 1969-PHX-MHM are consolidated and both matters are assigned to the undersigned.
13 **IT IS FURTHER ORDERED** that all future filings shall bear the same
14 caption as appears on this order.
15 DATED this 26th day of November, 2007.

_____
Mary H. Murguia
United States District Judge

---

[1] David DeGroote sued the City of Mesa's Vice-Mayor, Claudia Walters, but not Mesa City Attorney Itchychawa.